AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,

                Plaintiffs,

v.

WINDY CITY PARKING, LLC,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV3626

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

**WINDY CITY PARKING, LLC**
**c/o: Todd Drosky, or any Officer or Agent of Windy City Parking**
**805 East Hillsboro Boulevard**
**Deerfield Beach, Florida 33441**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

June 25, 2008
Date



IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> WINDY CITY PARKING, LLC <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: <br> 08CV3626 <br><br> AFFIDAVIT OF SERVICE OF: <br> SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **16th day of July, 2008, at 3:15 PM**, at the address of **805 E HILLSBORO Boulevard, DEERFIELD BEACH, Broward** County, **FL 33441**; this affiant served the above described documents upon **WINDY CITY PARKING, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Todd Drosky, REGISTERED AGENT, A white male approx. 35-40 years of age 5'8"-5'10" in height weighing 180-200 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____
Frances Dixon, Reg. # 620, Broward, FL

STATE OF FLORIDA, COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this **16th day of July, 2008**, by Frances Dixon.

NOTARY PUBLIC-STATE OF FLORIDA
Jason Jon Jones
Commission # DD596383
Expires: SEP. 18, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

_____
PRINT, TYPE, OR STAMP NAME OF NOTARY

Personally known ✓
or Produced Idenitification _____
Type of Identification Produced _____

FOR: **ASHER, GLITTER, GREENFIELD & D'ALBA, LTD.**

ORIGINAL PROOF OF SERVICE

Tracking #: 5308263 SEA