IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) | |
| HEALTH AND WELFARE FUND, ) | Case No. 08 CV 3626 |
| TEAMSTERS LOCAL UNION NO. 727 ) | |
| PENSION FUND and TEAMSTERS ) | Judge Der-Yeghiayan |
| LOCAL UNION NO. 727 LEGAL AND ) | Magistrate Judge Brown |
| EDUCATIONAL ASSISTANCE FUND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | |
| ) | |
| WINDY CITY PARKING, INC., ) | |
| ) | |
| Defendant. ) | |

## ANSWER TO COMPLAINT

Defendant, Windy City Parking, Inc., by and through its attorneys, William J. Raleigh and Thomas M. Lombardo of the law firm of Nisen & Elliott, LLC, answers Plaintiffs' Complaint as follows:

1.  This action is brought under the provisions of Sections 502(g)(2), (a)(3), and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1132(g)(2), (a)(3), and 1145.

**ANSWER:**   Defendant admits this allegation.

2.  Jurisdiction in this Court is based upon Sections 502(e)(1) and 502(e)(2) of ERISA, 29 U.S.C. §§ 1132(e)(1) and (e)(2).  Section 502(e)(2) states in relevant part:

> Where an action under this subchapter is brought in a district court
> of the United States, it may be brought in the district where the
> plan is administered, where the breach took place, or where a
> defendant resides or may be found, and process may be served in
> any other district where a defendant resides or may be found.

**ANSWER:** **Defendant admits this allegation.**

3. The TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, ("Funds") receive contributions from numerous employers pursuant to collective bargaining agreements heretofore entered into between Teamsters Local Union No. 727 ("Union") and Defendant, and the Funds are maintained and administered in accordance with and pursuant to the provisions of Section 302(c)(5) of the National Labor Relations Act, as amended, ERISA and other applicable federal law and the Funds are administered pursuant to the terms and provisions of a certain Restated Agreement and Declaration of Trust ("Trust Agreement").

**ANSWER:** **Defendant admits this allegation.**

4. The Funds offices are located at 5940 West Montrose Avenue, Chicago, Illinois 60634, and the Funds are administered in the Northern District of Illinois.

**ANSWER:** **Defendant admits this allegation.**

5. As provided in the Trust Agreements, Plaintiffs are required to receive, hold and manage all monies required to be contributed to the Funds in accordance with the provisions of the then applicable Collective Bargaining Agreement for the uses and purposes set forth in the Trust Agreements.

**ANSWER:** **Upon information and belief, Defendant admits this allegation.**

6. Defendant is an employer engaged in an industry affecting commerce and maintains its principal place of business at 805 East Hillsboro Blvd., Deerfield Beach, FL 33441.

**ANSWER:** **Defendant admits this allegation but denies that its services affect interstate commerce.**

7. Defendant employs or has employed persons represented for collective bargaining purposes by the Union and agreed to be bound by the Collective Bargaining Agreement or agreements referred to herein by the terms of which Defendant was required to contribute to the Funds.

**ANSWER:** **Defendant admits this allegation.**

8. Plaintiffs are advised and believe that Defendant has failed to submit accurate contribution reports and the required payments thereon to the Funds, pursuant to the terms of the collective bargaining agreement by which it is bound, all in violation of its contractual obligations under applicable federal statutes.

**ANSWER:** **Defendant denies this allegation.**

9. That Defendant is delinquent to the Funds for the period of August 1, 2006, through May 31, 2008, in the estimated amount of $35,043.34, as determined by the Fund's Auditors.

**ANSWER:** **Defendant denies this allegation.**

10. Defendant's failure to pay is a violation of the collective bargaining Agreement and the Trust Agreement. Plaintiffs, therefore, seek enforcement of these provisions pursuant to Section 502(a)(3), (b)(ii), and Section 301(a) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C., Sec. 185(a).

**ANSWER:** **Defendant denies that it failed to pay in violation of the collective bargaining agreement, but admits that plaintiffs seek enforcement under these statutory sections.**

11.    That from July 1, 2007, through May 31, 2008, Defendant has employed, and will continue in the future to employ, diverse number of individuals which are unknown to Plaintiffs but are known to Defendant.

**ANSWER:** **Defendant denies this allegation.**

12.    Plaintiffs are entitled to an accounting from Defendant, said accounting to state the number of individuals regularly employed by Defendant, including those regularly employed on a part-time basis, and the length of time all said individuals were employed by Defendant for the period of July 1, 2007 through May 31, 2008.

**ANSWER:** **Defendant denies that there is a legal basis for a formal accounting.**

13.    Plaintiffs are without an adequate remedy at law and will suffer immediate, continuing and irreconcilable injury and damage unless Defendant is ordered to specifically perform all of its obligations required under the Collective Bargaining Agreement and the Trust Agreement, and is restrained from continuing to refuse to perform as thereunder required.

**ANSWER:** **Defendant denies these allegations and arguments of law.**

WHEREFORE, Windy City Parking, LLC, respectfully requests that this action be dismissed, with prejudice and for such other relief that this court deems just and proper.

                                              WINDY CITY PARKING, LLC,

                                              By:     /s/ William J. Raleigh
                                                         One of its Attorneys

William J. Raleigh (ARDC #3127626)

Thomas M. Lombardo (ARDC #6279247)
Nisen & Elliott, LLC
200 West Adams St., Ste. 2500
Chicago, IL 60606
(312) 346-7800
(312) 346-9316 - Fax