**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3626 |

TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and
TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL
ASSISTANCE FUND,

VS.

WINDY CITY PARKING, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WINDY CITY PARKING, LLC

| |
|---|
| NAME (Type or print)<br>Thomas M. Lombardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically<br>s/ Thomas M. Lombardo |
| FIRM    Nisen & Elliott, LLC |
| STREET ADDRESS    200 West Adams Street, Suite 2500 |
| CITY/STATE/ZIP    Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>Lombardo - 6279247 | TELEPHONE NUMBER<br>(312) 346-7800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

Case 1:08-cv-03626   Document 10   Filed 08/04/2008   Page 2 of 2