IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | Case No. 08 CV 3626  Judge Der-Yeghiayan Magistrate Judge Brown |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WINDY CITY PARKING, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Robert B. Greenberg, Asher, Gittler, Greenfield & D'Alba, Ltd., 200 West Jackson Boulevard, Suite 1900, Chicago, IL 60606

   PLEASE TAKE NOTICE that on August 4, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Windy City Parking, Inc.'s Answer to Complaint, a copy of which is attached hereto and served upon you.

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that the Notice and above-referenced pleading were served on counsel of record through the Court's electronic filing system on August 4, 2008.

                    /s/ William J. Raleigh
                    One of the Attorneys for Windy City Parking, Inc.


William J. Raleigh (ARDC #3127626)
Thomas M. Lombardo (ARDC #6279247)
Nisen & Elliott, LLC
200 West Adams St., Ste. 2500
Chicago, IL 60606
(312)346-7800
Fax No. (312)346-9319