UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br>Plaintiffs, <br>v. <br>WINDY CITY PARKING, LLC, <br>Defendant. | Case Number: 08CV3626 <br><br> Assigned Judge: JUDGE DER-YEGHIAYAN <br><br> Designated Magistrate Judge: MAGISTRATE JUDGE BROWN |

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 8/27/2008 | Robert B. Greenberg | All Plaintiffs |
| | | |
| | | |
| | | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| | |
|---|---|
| Case Title: | Case Number: 08 CV 3626 |
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, *et al.*, | |
| Plaintiffs, | Assigned Judge: Samuel Der-Yeghiayan |
| V. | |
| WINDY CITY PARKING, LLC | Designated Magistrate Judge: |
| Defendants. | Geraldine Soat Brown |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | | Signature | Name of Party or Parties |
|---|---|---|---|
| 08/27/2008 | By: | [signature] | WINDY CITY PARKING, LLC |
| _____ | By: | _____ | _____ |
| _____ | By: | _____ | _____ |
| _____ | By: | _____ | _____ |