THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br> Plaintiffs, <br> v. <br> WINDY CITY PARKING, LLC, <br><br> Defendant. | No. 08C 3626 <br><br> Judge Der-Yeghiayan <br><br> Mag. Judge Brown |

## JOINT INITIAL STATUS REPORT

A.   **The lead Attorneys on the case.**

The lead Attorneys on the case are Robert B. Greenberg of Asher, Gittler, Greenfield & D'Alba, Ltd., 200 West Jackson Boulevard, Suite 1900, Chicago, Illinois 60606, Attorney for Plaintiffs.

William J. Raleigh and Thomas M. Lombardo, of Nisen & Elliott, LLC, 200 West Adams Street, Suite 2500, Chicago, Illinois 60606, Attorneys for Defendant.

1.   **Nature of the claims and counterclaims.**

This is an action to collect delinquent contributions $7,043.34, claimed due for the period 8/1/06 through 6/30/07, and to compel production of books and records for audit for the period 7/1/07 through 5/31/08.

The defendant disagrees that any contributions remain unpaid, disagrees that any audit fees are owed and disagrees that a suit to compel production of documents is proper where the defendant has not refused such a request.

2.   **Relief sought by Plaintiff.**

-1-

Action for collection of delinquent contributions in the amount of $7,043.34, and audit for the period 8/1/06 through 6/30/07, and for an updated audit through 5/31/08.

The defendant disagrees that the plaintiff is entitled to any relief.

3. **Parties served.**

Windy City Parking with served with Summons and Complaint on 8/5/2008. Appearance and Answer has been filed.

4. **Principal legal issues.**

Whether Defendant owes the amount claimed due and owing by Plaintiff, and whether Plaintiffs have the right to audit Defendant's books and records.

The defendant disagrees that the plaintiff ever requested an audit for the period following June 30, 2007.

5. **Principal factual issues.**

The defendant believes that there are questions of fact surrounding: whether any contributions remain unpaid, whether the plaintiff is entitled to any audit fee and whether the plaintiff ever requested an audit for the period following June 30, 2007.

6. **List of pending motions and brief summary of bases for motions.**

There are no motions pending. The defendant may pursue a motion for summary judgment as to part or all of the relief sought in the Complaint following some limited initial discovery., and none anticipated at this time.

7. **Description of discovery requested and exchanged.**

Audit to be set. The defendant intends to issue requests to admit and standard written discovery.

8. **Type of discovery requested and exchanged.**

It is possible that interrogatories may need to be prepared and filed, and depositions taken.

9. **Proposed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pretrial order.**

It is proposed that Rule 26(a)(1) disclosure be completed by September 30, 2008, fact discovery be completed by November 30, 2008. It is not anticipated that there will be a need for expert discovery. Filing of dispositive motion proposed date is December 30, 2008. Filing of final pretrial order March 31, 2009.

10. **Estimation of when case will be ready for trial.**

March 31, 2009.

11. **Probable length of trial.**

Two days.

12. **Whether a request has been made for a jury trial.**

No request has been made for a jury trial.

13. **Whether there have been settlement discussions and if so, the outcome of those discussions.**

No settlement discussions as yet. Awaiting completion of audit.

14. **Whether the parties consent to proceed before a Magistrate Judge.**

The parties filed their consent to proceed before a Magistrate Judge.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900

Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558
ATTORNEY FOR PLAINTIFFS


**/s/ Thomas M. Lombardo**
Nisen & Elliott, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois  60606
(312) 346-7800
IL ARDC#: 6279247
ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

    Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

Dated:  8-29-08