UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

                                                    Plaintiff,

v.                                                                                                              Case No.: 1:08−cv−03626

                                                                                                            Honorable Samuel Der−Yeghiayan

Windy City Parking, LLC

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: The parties having agreed to consent to proceed before the designated Magistrate Judge, the status hearing set for 09/04/08 is hereby stricken. The Court will recommend to the Executive Committee that the instant action be reassigned to the designated Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.